■ DOROTHY M. RUSCHER, Appellant, v. JOSEPH P. VACCARELLA et al., Respondents.— Taxpayer's action (1) to declare null and void an ordinance of the City of Mount Vernon on the ground that it was not submitted to referendum and to declare null and void a contract entered into by said city for architectural and engineering services on the ground that the contract was let without bidding (see Mount Vernon City Charter, §§ 95-a, 73; L. 1922, ch. 490 as amd.), and (2) for other relief. The appeal is from a judgment dismissing the complaint after trial. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ PRICE H. TOPPING et al., Appellants, v. TOWN OF MAMARONECK et al., Respondents.— In an action to declare invalid certain amendments, adopted on or about November 27, 1929 and February 4, 1942, to the zoning ordinance of the Town of Mamaroneck, Westchester County, and for other relief, the appeal is from a judgment dismissing the supplemental complaint after trial. Judgment unanimously affirmed, with costs. Assuming that Exhibits B, C, D, E, and F were erroneously admitted in evidence, the error did not violate any substantial right of appellants. (Civ. Prac. Act, § 106.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.